UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LETA KNIGHT,

        Plaintiff,

v.                                                    Case No. 3:04-cv-1161-J-25TEM

JAMES MANFRE, in his capacity as Flagler
County Sheriff and in his individual capacity;
FLAGLER COUNTY SHERIFF'S OFFICE,

        Defendants.
_____/

## NOTICE OF SETTLEMENT

        Plaintiff gives notice that the parties have agreed to amicably resolve this case. The parties will file a stipulation of dismissal upon notification that settlement checks have cleared.

### Certificate of Service

        I hereby certify that on April 19, 2005, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Linda G. Bond; and Kathryn Sydny Piscitelli.

        Respectfully submitted,

**s/ Kathryn S. Piscitelli**
Kathryn S. Piscitelli, Esquire
Fla. Bar No. 368598
EGAN, LEV & SIWICA, P.A.
P.O. Box 2231
Orlando, FL 32801
Telephone: 407-422-1400
Facsimile: 407-422-3658
Email: kathip@bellsouth.net